UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, WISCONSIN LABORERS
APPRENTICESHIP & TRAINING FUND, and
JOHN J. SCHMITT (in his capacity as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

    Plaintiffs,

v.           Case No. 16-cv-126

C.A. REID CONSTRUCTION CO., INC. and
CARL REID,

    Defendants.

## SECOND AMENDED ORDER AND ENTRY OF JUDGMENT AS TO DEFENDANT C.A. REID CONSTRUCTION CO., INC.

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant C.A. Reid Construction Co., Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant C.A. Reid Construction Co., Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining

agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $10,461.92.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, Wisconsin Laborers Apprentice & Training Fund, John J. Schmitt (in his capacity as Trustee), Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and Wisconsin Laborers District Council and against Defendant in the amount of $10,461.92 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 27 day of July, 2016.

_____
~~Clerk of Court~~
Vivian Opmo
Deputy Clerk

Dated and approved as to form this 27th day of July, 2016.

BY THE COURT:

_____
Barbara B. Crabb
U. S. District Court Judge